UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

ALTAUNE BROWN,

                      Plaintiff,                    *Civil Action No.*

    -against-                                   1:23-cv-00341-MKV

DANICE STORES, INC. AND
305 WEST HOLDING CORP.,

                      Defendants.

---------------------------------------------------------X

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, **ALTAUNE BROWN** and Defendants, **DANICE STORES, INC. AND 305 WEST HOLDING CORP.** hereby notify this Honorable Court that settlement has been reached in principle in the above-referenced case among the parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a thirty (30) day order be issued.

    Dated: October 6, 2023

                                                              By: _____
                                                                  Bradly G. Marks
                                                                  The Marks Law Firm, PC
                                                                  155 E 55th Street, Suite 4H
                                                                  New York, NY 10022
                                                                  T:(646) 770-3775